WHITING-PATTERSON CO. v. OUTLOOK ENVELOPE CO. et al.

(Circuit Court of Appeals, Third Circuit. February 1, 1917.)

No. 2186.

Appeal from the District Court of the United States, for the Eastern District of Pennsylvania; Oliver B. Dickinson, Judge.

Suit in equity by the Outlook Envelope Company and the United States Envelope Company against the Whiting-Patterson Company. From an order (236 Fed. 940) granting a preliminary injunction, defendant appeals. Reversed.

Hector T. Fenton and Frederick A. Blount, both of Philadelphia, Pa., for appellant.

J. Bonsall Taylor and E. Hayward Fairbanks, both of Philadelphia, Pa. (G. H. Kennedy, Jr., of Worcester, Mass., and Frederick P. Fish, of New York City, of counsel), for appellees.

Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

239 F.—56

PER CURIAM. This is an appeal from an order of the court below grant-
ing a preliminary injunction, enjoining the Whiting-Patterson Company from
making, using or selling a certain machine alleged to infringe claims 5, 14 and
15 of Patent No. 893,105 for an envelope machine, granted July 14, 1908, to
W. D. Slater, assignor to the United States Envelope Company, the plaintiff.
Since the decision below, the Circuit Court of Appeals of the Second Circuit
has decided the case of Outlook Envelope Co. et al. v. General Paper Goods
Mfg. Co. et al., 239 Fed. 877, —— C. C. A. ——, which involves the claims of
said patent here involved.

In view of the further light thrown on this patent by such decision, of
which, of course, the court below did not have the benefit, we have con-
cluded to set aside the injunction granted below, and remand the case for
further proceedings. We refrain from expressing any present view of the
questions involved, feeling we will be in better position to do so after
proofs taken and on final hearing and decree by the court below.